**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 25-1110**

ROMAN CLEMENT,

        Plaintiff - Appellant,

    v.

SPARTANBURG STEEL PRODUCTS, INC.,

        Defendant - Appellee.

Appeal from the United States District Court for the District of South Carolina, at Spartanburg.  Mary G. Lewis, District Judge.  (7:22-cv-00173-MGL)

Submitted:  August 12, 2025                Decided:  December 29, 2025

Before WYNN and RICHARDSON, Circuit Judges, and KEENAN, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Roman Lavar Clement, Appellant Pro Se.  Wade Edward Ballard, Brianna L. Schill, FORD & HARRISON LLP, Spartanburg, South Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Roman Clement appeals the district court's order adopting the magistrate judge's recommendation to grant Spartanburg Steel Products, Inc., summary judgment on Clement's racial harassment claim, brought pursuant to 42 U.S.C. § 1981. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's judgment. *Clement v. Spartanburg Steel Products, Inc.*, No. 7:22-cv-00173-MGL (D.S.C. Mar. 26, 2024). We grant Clement's "Motion for Leave to File Supplemental Brief." We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*